McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL LARA, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CR F 06-228 AWI <br><br> ORDER FOR DISMISSAL OF INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant RAUL LARA only in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:   May 8, 2007**              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

1